UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NORWOOD COOPERATIVE BANK, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 10-11647-JCB |
| v. | ) ) | |
| RICHARD J. GIBBS, RUSSELL S. GRABAU, UNITED STATES OF AMERICA, and P.A. LANDERS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

November 29, 2012

Boal, M.J.

In accordance with this Court's Order Regarding Distribution of Interpleader Funds, the Court orders that the Funds being held by Norwood Cooperative Bank in this matter be disbursed as follows:

1. to the United States of America, the sum of $17,476.44;

2. to Norwood Cooperative Bank, the sum of $4,522.01 and any remaining interest;

3. this matter is hereby dismissed.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge